**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Evan Alexander Welsh                              CHAPTER 13
               Debtor(s)

BKY. NO. 25-11966 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC and index same on the master mailing list.

                                     Respectfully submitted,

                                  /s/ *Matthew Fissel*
                                  Matthew Fissel
                                  21 May 2025, 14:49:13, EDT

                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 627-1322