| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 25-11966-AMC

| | |
|---|---|
| Evan Alexander Welsh | Petition Filed Date: 05/19/2025 |
| 621 Paxson Avenue | 341 Hearing Date: 06/27/2025 |
| Wyncote  PA    19095-1317 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/24/2025 | $673.00 | | 07/29/2025 | $673.00 | | | | |

**Total Receipts for the Period:  $1,346.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,055.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ALBERT J SCARAFONE JR ESQ | Attorney Fees | $3,835.00 | $0.00 | $3,835.00 |
| 1 | US DEPARTMENT OF HUD <br> »» 001 | Secured Creditors | $17,716.18 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE <br> »» 02P | Priority Crediors | $1,718.25 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE <br> »» 02S | Secured Creditors | $2,826.73 | $0.00 | $0.00 |
| 4 | PA DEPARTMENT OF REVENUE <br> »» 02U | Unsecured Creditors | $157.39 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES <br> »» 003 | Unsecured Creditors | $1,785.54 | $0.00 | $0.00 |
| 6 | FIRST NATIONAL BANK OF PA <br> »» 004 | Secured Creditors | $10,595.05 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC <br> »» 005 | Unsecured Creditors | $2,869.56 | $0.00 | $0.00 |
| 8 | LVNV FUNDING LLC <br> »» 006 | Unsecured Creditors | $1,394.71 | $0.00 | $0.00 |
| 9 | BERKHEIMER TAX ADMINISTRATOR <br> »» 007 | Priority Crediors | $968.00 | $0.00 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS) <br> »» 08P | Priority Crediors | $15,749.60 | $0.00 | $0.00 |
| 11 | UNITED STATES TREASURY (IRS) <br> »» 08U | Unsecured Creditors | $1,822.53 | $0.00 | $0.00 |
| 12 | CHASE BANK USA NA <br> »» 009 | Unsecured Creditors | $2,087.12 | $0.00 | $0.00 |
| 13 | MIDLAND CREDIT MANAGEMENT INC <br> »» 010 | Unsecured Creditors | $1,420.32 | $0.00 | $0.00 |
| 14 | AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC <br> »» 011 | Mortgage Arrears | $12,244.39 | $0.00 | $0.00 |
| 15 | SYNCHRONY BANK <br> »» 012 | Unsecured Creditors | $7,143.62 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 16 | QUANTUM3 GROUP LLC »» 013 | Unsecured Creditors | $9,194.62 | $0.00 | $0.00 |
| 17 | QUANTUM3 GROUP LLC »» 014 | Unsecured Creditors | $15,596.21 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,055.00 | Current Monthly Payment: | $709.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $113.03 | Total Plan Base: | $42,468.00 |
| Funds on Hand: | $1,941.97 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.