United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Evan Alexander Welsh  
    Debtor

Case No. 25-11966-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Oct 02, 2025     Form ID: 155     Total Noticed: 48

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Evan Alexander Welsh, 621 Paxson Avenue, Wyncote, PA 19095-1317 |
| 15037847 | | Albert J. Scarafone, Esquire, 1717 Swede Road, Suite 200, Blue Bell, PA 19422-3372 |
| 15010909 | + | American Neighborhood Mortgage, Acceptance Company, LLC, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15009586 | | AnnieMac, Collections Department MS1720, 1 Corportate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 15009587 | | AnnieMac Home Mortgage, PO Box 371306, Pittsburgh, PA 15250-7306 |
| 15016540 | + | Berkheimer, Agent for Cheltenham Twp SD/Cheltenham, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 15009593 | + | Cheltenham School District, 2000 Ashbourne Road, Elkins Park, PA 19027-1097 |
| 15009596 | + | CreditTech, PO Box 20330, Lehigh Valley, PA 18002-0330 |
| 15009601 | + | Freedom, Cardmember Service, PO Box 1423, Carol Stream, IL 60132-1423 |
| 15009608 | | Portfolio Recovery Associates, Riverside Commerce Center, Norfolk, VA 23502-4962 |
| 15009615 | | The Sherwin-Williams Company, PO Box 412746, Boston, MA 02241-2746 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15009588 | ^ | MEBN | Oct 03 2025 00:16:09 | Apothake Scian P.C., 100 Century Parkway, Suite 310, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 15009589 | | Email/Text: dltlegal@hab-inc.com | Oct 03 2025 00:17:00 | Berkheimer Associates, P.O. Box 25152, Lehigh Valley, PA 18002-5152 |
| 15009590 | | Email/Text: dltlegal@hab-inc.com | Oct 03 2025 00:17:00 | Berkheimer Tax Innovations, PO Box 25152, Lehigh Valley, PA 18002-5152 |
| 15009594 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Oct 03 2025 00:16:00 | Credit Corp Solutions Inc, 121 West Election Road, Draper, UT 84020-7720 |
| 15009591 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 03 2025 00:27:01 | Capital One, N.A., P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 15009592 | + | Email/Text: bankruptcy@cavps.com | Oct 03 2025 00:17:00 | Cavalry SPV I, LLC, 1 American Lane, Suite 220, Greenwich, CT 06831-2563 |
| 15009595 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 03 2025 00:17:00 | Credit One Bank, c/o Midland Credit Mangement, Inc., PO Box 2004, Warren, MI 48090-2004 |
| 15030120 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Oct 03 2025 00:17:00 | AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY,, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8645 |
| 15009597 | + | Email/Text: bankruptcy@dehaan-bach.com | Oct 03 2025 00:17:00 | DeHaan & Bach, 25 Whitney Drive, Suote 106, Milford, OH 45150-8402 |
| 15009598 | + | Email/Text: dht@pacollections.com | Oct 03 2025 00:17:00 | Demetrios H. Tsarouhis, 21 South 9th Street, Suite 200, Allentown, PA 18102-4861 |
| 15009599 | + | Email/Text: customercareus@creditcorpsolutionsinc.com | Oct 03 2025 00:16:00 | Finwise / Lendinpoint, c/o Credit Corp Solutions, Inc., 63 East 11400 South 408, Sandy, UT |

| Recipient ID | Method | Date/Time | Address |
|---|---|---|---|
| 15015911 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 03 2025 00:17:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15009600 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 03 2025 00:17:00 | First Natonal Bank of PA, PO Box 6122, Hermitage, PA 16148-0922 |
| 15009602 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2025 00:38:17 | Home Depot, P.O. Box 105981, Dept. 51, Atlanta, GA 30348-5981 |
| 15009603 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 03 2025 00:17:00 | Internal Revenue Service, Attn: Special Procedures, P.O. Box 12051, Philadelphia, PA 19105 |
| 15024217 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Oct 03 2025 00:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15009604 | + Email/Text: cs.bankruptcy@jmcbiz.com | Oct 03 2025 00:17:00 | Joseph Mann & Creed, PO Box 1270, Twinsburg, OH 44087-9270 |
| 15009605 | ^ MEBN | Oct 03 2025 00:15:40 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15009606 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2025 00:26:27 | LVNV Funding, P.O. Box 10497, Greenville, SC 29603-0497 |
| 15016474 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2025 00:27:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15029477 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 03 2025 00:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15056493 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 03 2025 00:16:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 15009607 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 03 2025 00:17:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 15012923 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 03 2025 00:26:27 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15009609 | Email/Text: signed.order@pfwattorneys.com | Oct 03 2025 00:16:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 15033351 | Email/Text: bnc-quantum@quantum3group.com | Oct 03 2025 00:17:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 15031980 | Email/Text: bnc-quantum@quantum3group.com | Oct 03 2025 00:17:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15009610 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2025 00:27:04 | Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 15009611 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 03 2025 00:26:24 | Resurgent Capital Services, PO Box 510090, Livonia, MI 48151-6090 |
| 15009612 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2025 00:38:20 | Syncb/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 15009614 | ^ MEBN | Oct 03 2025 00:15:53 | Synchrony Bank, c/o Portfolio Recovery, 120 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 15009613 | + Email/Text: crdept@na.firstsource.com | Oct 03 2025 00:17:00 | Synchrony Bank, c/o Firstsource, 205 Bryant Wood South, Buffalo, NY 14228-3609 |
| 15031600 | + Email/PDF: ebn_ais@aisinfo.com | Oct 03 2025 00:39:08 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15009616 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 03 2025 00:26:29 | U.S. Department of Housing and Urban Dev, 550 12th Street, SW, Suite 100, Washington, DC |

84070-6705

| | | | |
|---|---|---|---|
| 15009981 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 03 2025 00:26:29 | 20410-0001 U.S. Department of Housing and Urban Development, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |
| 15009617 | Email/Text: bnc_4301@velocityrecoveries.com | Oct 03 2025 00:17:00 | Velocity Investments, LLC, 1800 Route 34 Bldg. 3, Suite 305, Belmar, NJ 07719 |
| 15009618 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 03 2025 00:27:01 | Venmo/Syncb, PO Box 71718, Philadelphia, PA 19176-1718 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 04, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:

**Name** | **Email Address**

ALBERT J. SCARAFONE, JR.
   on behalf of Debtor Evan Alexander Welsh scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com

MATTHEW K. FISSEL
   on behalf of Creditor American Neighborhood Mortgage Acceptance Company LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Evan Alexander Welsh                  Case No. 25−11966−amc

Debtor(s).                 Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 1, 2025                              For The Court

                                                   Ashely M. Chan  
                                                   Chief Judge, United States Bankruptcy Court