IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE No. 25-11966-amc |
| | ) | |
| Evan Alexander Welsh, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | |
| First National Bank of Pennsylvania, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Evan Alexander Welsh, Debtor; and | ) | |
| Scott F. Waterman, Chapter 13 | ) | |
| Trustee; | ) | |
| | ) | |
| Respondents. | ) | |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DEADLINE

First National Bank of Pennsylvania, as Movant, has filed a Motion for Relief from the Automatic Stay as to Year 2018 Ford F-150 Motor Vehicle with the Court in order to repossess same.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **March 27, 2026**, **you or your attorney must file a response to the Motion.** (see *Instructions* on next page).

3. **A hearing on the Motion** is scheduled to be held on **April 8, 2026 at 11:00 a.m.**, in U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, Courtroom #4, 900 Market Street, Philadelphia, PA 19107. Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing.**

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408- 2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6.  If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

7.  **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8.  If you are not required to file electronically, you must file your response at

    Robert N.C. Nix Sr. Federal Courthouse
    900 Market Street, Suite 204
    Philadelphia, PA 19107

9.  If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney

    David W. Raphael, Esquire
    Attorney for First National Bank of Pennsylvania
    100 Federal Street – 4th Floor
    Pittsburgh, PA 15212
    (412) 465-9718
    raphaeld@fnb-corp.com

Respectfully submitted,

FIRST NATIONAL BANK OF PENNSYLVANIA

Dated:   March 11, 2026          By:   /s/ David W. Raphael
                                       David W. Raphael, Esquire
                                       In-House Counsel
                                       PA ID No. 200598
                                       Attorney for First National Bank of Pennsylvania
                                       626 Washington Place – 25th Floor
                                       Pittsburgh, PA 15219
                                       (412) 465-9718
                                       raphaeld@fnb-corp.com