UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Evan Alexander Welsh      :   Chapter 13

     Debtor   :   No. 25-11966-amc

CERTIFICATION OF SERVICE

I, Albert J. Scarafone, certify that on March 12, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Motion to Modify Plan
- Notice of Motion

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: March 12, 2026      /s/ Albert J. Scarafone
     Albert J. Scarafone, Esquire – 62039
     Hill, Friedland & Scarafone
     1717 Swede Road, Suite 200
     Blue Bell, PA 19422-3372
     (610) 275-4000
     scarafone@comcast.net

**Mailing List Exhibit**

Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Via: ☒ CM/ECF  ☐ 1st Class Mail ☐ Certified Mail  ☐ e-mail
☐ Other

Scott F. Waterman, Chapter 13 Standing Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
Chapter 13 Trustee
Via: ☒ CM/ECF  ☐ 1st Class Mail ☐ Certified Mail  ☐ e-mail
☐ Other

Evan Alexander Welsh, Debtor
621 Paxson Avenue
Wyncote, PA 19095-1317
Via: ☐ CM/ECF  ☐ 1st Class Mail ☐ Certified Mail  ☒ e-mail: evanwelsh16@gmail.com
☐ Other

American Neighborhood Mortgage Acceptance Co, LLC
Attention Bankruptcy
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8645
Creditor's Attorney
Via: ☐ CM/ECF  ☐ 1st Class Mail ☐ Certified Mail  ☒ e-mail: bkgroup@kmllawgroup.com
☐ Other

Denise Carlon, Esquire
Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Creditor's Attorney
Via: ☒ CM/ECF  ☐ 1st Class Mail ☐ Certified Mail  ☐ e-mail
☐ Other

First National Bank of PA
4140 E. State Street
Hermitage,PA 16148
Creditor
Via: ☐ CM/ECF  ☐ 1st Class Mail ☐ Certified Mail  ☒ e-mail: lombardo@fnb−corp.com
☐ Other

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946
Creditor
Via: ☐ CM/ECF  ☐ 1st Class Mail ☐ Certified Mail  ☒ e-mail: pvyas@pa.gov
☐ Other

US Dept of Housing and Urban Development
801 Market Street
12th Floor
Philadelphia, PA 19107
Creditor
Via: ☐ CM/ECF  ☐ 1st Class Mail ☐ Certified Mail  ☒ e-mail: Margaret.R.Baldwin@hud.gov
☐ Other

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541
Creditor
Via: ☐ CM/ECF  ☐ 1st Class Mail ☐ Certified Mail  ☒ e-mail: Bankruptcy
lnfo@prareceivables.com
☐ Other

LVNV Funding, LLC
Resurgent Acquisitions LLC
PO Box 10587
Greenville, SC 29603-0587
Creditor
Via: ☐ CM/ECF  ☐ 1st Class Mail ☐ Certified Mail  ☒ e-mail: askbk@resurgent.com
☐ Other

Berkheimer, Agent for Cheltenham Twp SD/Cheltenham
c/o David R. Gordon, Esq
1883 Jory Road
Pen Argyl, PA 18072
Creditor
Via: ☐ CM/ECF  ☐ 1st Class Mail ☐ Certified Mail  ☒ e-mail: dgordon@hab−inc.com
☐ Other

Dept of Treasury - Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
Creditor
Via: ☐ CM/ECF  ☐ 1st Class Mail ☐ Certified Mail  ☒ e-mail: Lindinger@irs.gov
☐ Other

JPMorgan Chase Bank, N.A
P.O. Box 9013
Addison, Texas 75001
Creditor
Via: ☐ CM/ECF  ☐ 1st Class Mail ☐ Certified Mail  ☒ e-mail:
pocquestions@nbsdefaultservices.com
☐ Other

Midland Credit Management, Inc
PO Box 2037
Warren, MI 48090
Creditor
Via: ☐ CM/ECF  ☐ 1st Class Mail ☐ Certified Mail  ☒ e-mail: bankruptcydm@mcmcg.com
☐ Other

Synchrony Bank by AIS InfoSource
4515 N Santa Fe Ave
Oklahoma City, OK 73118
Creditor
Via: ☐ CM/ECF  ☐ 1st Class Mail ☐ Certified Mail  ☒ e-mail: POC_AIS@aisinfo.com
☐ Other

Quantum3 Group LLC as agent for Velocity Investments LLC
PO Box 788
Kirkland WA 98083-0788
Creditor
Via: ☐ CM/ECF  ☐ 1st Class Mail ☐ Certified Mail  ☒ e-mail: claims@quantum3group.com
☐ Other