UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Evan Alexander Welsh **)** Chapter 13
        **)** 25-11966 AMC
        **)**


**<u>CERTIFICATION OF NO RESPONSE</u>**


I, Albert J. Scarafone, Esquire, counsel for Debtor, hereby certify that as of April 20, 2026, I have received no objections by any creditor or party in interest, either verbally or in writing, to my Modify Plan After Confirmation.



<u>/s/ Albert J. Scarafone</u>
Albert J. Scarafone, Jr., Esq.
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372
(610) 275-4000