**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

| | | |
|---|---|---|
| Evan Alexander Welsh | **)** | Chapter 13 |
| | ) | 25-11966 AMC |
| | ) | |

**O R D E R**

**AND NOW**, upon consideration of Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Modified Plan, Third Amended Chapter 13 Plan (Doc. # (40) is **APPROVED**.

Dated: April 23, 2026

By The Court

_____
ASHELY M. CHAN
Chief Judge, United States Bankruptcy Court