United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Evan Alexander Welsh

    Debtor

Case No. 25-11966-amc

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 23, 2026 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Evan Alexander Welsh, 621 Paxson Avenue, Wyncote, PA 19095-1317 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 24 2026 02:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 24 2026 02:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Apr 24 2026 02:29:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | |
| | on behalf of Debtor Evan Alexander Welsh scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |

District/off: 0313-2 User: admin Page 2 of 2

Date Rcvd: Apr 23, 2026 Form ID: pdf900 Total Noticed: 4

DAVID W. RAPHAEL
on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

MATTHEW K. FISSEL
on behalf of Creditor American Neighborhood Mortgage Acceptance Company LLC bkgroup@kmllawgroup.com,
matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:

Evan Alexander Welsh )   Chapter 13
)   25-11966 AMC
)

**O R D E R**

**AND NOW**, upon consideration of Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Modified Plan, Third Amended Chapter 13 Plan (Doc. # (40) is **APPROVED**.

Dated: April 23, 2026

By The Court

_____
ASHELY M. CHAN
Chief Judge, United States Bankruptcy Court