## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

|  |  |  |
|---|---|---|
| Evan Alexander Welsh | ) | Chapter 13 |
|  | ) |  |
|  | ) | 25-11966 AMC |

## ORDER APPROVING COUNSEL FEE

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Supplemental Compensation is **ALLOWED** in the favor of the Applicant in the amount of **$2,000.00**.

BY THE COURT:

Date: May 5, 2026

_____

ASHELY M. CHAN
**CHIEF JUDGE, U.S. BANKRUPTCY COURT**