United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 25-11966-amc

Evan Alexander Welsh                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                              Page 1 of 2

Date Rcvd: May 05, 2026                   Form ID: pdf900                         Total Noticed: 4

The following symbols are used throughout this certificate:

**Symbol       Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | Evan Alexander Welsh, 621 Paxson Avenue, Wyncote, PA 19095-1317 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | Email/Text: megan.harper@phila.gov | May 06 2026 02:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 06 2026 02:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | May 06 2026 02:03:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026                         Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

**Name**                            **Email Address**

ALBERT J. SCARAFONE, JR.

            on behalf of Debtor Evan Alexander Welsh scarafone@comcast.net  ascarafone@gmail.com;r39418@notify.bestcase.com

District/off: 0313-2                                     User: admin                                          Page 2 of 2

Date Rcvd: May 05, 2026                                 Form ID: pdf900                                      Total Noticed: 4

DAVID W. RAPHAEL
       on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

MATTHEW K. FISSEL
       on behalf of Creditor American Neighborhood Mortgage Acceptance Company  LLC bkgroup@kmllawgroup.com,
       matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
       ECFMail@ReadingCh13.com

United States Trustee
       USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Evan Alexander Welsh     )   Chapter 13

                              )

                              )   25-11966 AMC

### ORDER APPROVING COUNSEL FEE

**AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Supplemental Compensation is **ALLOWED** in the favor of the Applicant in the amount of **$2,000.00**.

BY THE COURT:

_____
ASHELY M. CHAN
**CHIEF JUDGE, U.S. BANKRUPTCY COURT**

**Date: May 5, 2026**