United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 25-11966-amc

Evan Alexander Welsh                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 21, 2026 | Form ID: 167 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

**Recip ID**              **Recipient Name and Address**
db                        Evan Alexander Welsh, 621 Paxson Avenue, Wyncote, PA 19095-1317

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026                              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

ALBERT J. SCARAFONE, JR.
                                on behalf of Debtor Evan Alexander Welsh scarafone@comcast.net  ascarafone@gmail.com;r39418@notify.bestcase.com

DAVID W. RAPHAEL
                                on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

MAGGIE S SOBOLESKI
                                on behalf of Creditor American Neighborhood Mortgage Acceptance Company  LLC msoboleski@kmllawgroup.com,
                                3532@notices.nextchapterbk.com

MATTHEW K. FISSEL
                                on behalf of Creditor American Neighborhood Mortgage Acceptance Company  LLC bkgroup@kmllawgroup.com,
                                matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
                                ECFMail@ReadingCh13.com

United States Trustee
                                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 167* (1/25)–doc 55 – 54

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              )
   Evan Alexander Welsh                          )                Case No. 25–11966–amc
                                                 )
                                                 )
   Debtor(s).                                   )                Chapter: 13
                                                 )
                                                 )

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default

on: 8/5/26

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

Date: July 21, 2026                                For The Court

                                              Mohung Wong
                                              Clerk of Court