IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Evan Alexander Welsh,<br><br>Debtor. | BANKRUPTCY CASE No. 25-11966-amc<br><br>CHAPTER 13 |
| First National Bank of Pennsylvania,<br><br>Movant,<br><br>vs.<br><br>Evan Alexander Welsh, Debtor; and Scott F. Waterman, Chapter 13 Trustee;<br><br>Respondents. | |

**ORDER OF COURT**

AND NOW, this 20th day of August, 2026, upon consideration of the Stipulation between the Debtor and First National Bank of Pennsylvania (hereinafter "FNB") providing Conditional Relief from the Automatic Stay in favor of FNB as to a Year 2018 Ford F-150 Motor Vehicle, it is hereby ORDERED, ADJUDGED, and DECREED that the Stipulation terms are hereby approved.

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge