United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-11966-amc
Evan Alexander Welsh Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 1
Date Rcvd: Aug 20, 2026 Form ID: pdf900 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2026:**

| **Recip ID** | **Recipient Name and Address** |
|---|---|
| db | Evan Alexander Welsh, 621 Paxson Avenue, Wyncote, PA 19095-1317 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Evan Alexander Welsh scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |
| DAVID W. RAPHAEL | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor American Neighborhood Mortgage Acceptance Company LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor American Neighborhood Mortgage Acceptance Company LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE No. 25-11966-amc |
| Evan Alexander Welsh, | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| First National Bank of Pennsylvania, | ) | |
| Movant, | ) | |
| vs. | ) | |
| Evan Alexander Welsh, Debtor; and Scott F. Waterman, Chapter 13 Trustee; | ) | |
| Respondents. | ) | |

**ORDER OF COURT**

AND NOW, this 20th day of August, 2026, upon consideration of the Stipulation between the Debtor and First National Bank of Pennsylvania (hereinafter "FNB") providing Conditional Relief from the Automatic Stay in favor of FNB as to a Year 2018 Ford F-150 Motor Vehicle, it is hereby ORDERED, ADJUDGED, and DECREED that the Stipulation terms are hereby approved.

Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge