Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Evan Alexander Welsh
621 Paxson Avenue
Wyncote, PA 19095-1317

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 25-11966-AMC**

Petition Filed Date: 05/19/2025
341 Hearing Date: 06/27/2025
Confirmation Date: 10/01/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2025 | $709.00 | | 10/03/2025 | $709.00 | | 10/27/2025 | $709.00 | |
| 01/05/2026 | $709.00 | | 02/13/2026 | $1,418.00 | | 04/14/2026 | $1,017.00 | |
| 04/27/2026 | $1,017.00 | | 06/09/2026 | $1,017.00 | | | | |

**Total Receipts for the Period: $7,305.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $8,651.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ALBERT J SCARAFONE JR ESQ | Attorney Fees | $3,835.00 | $3,835.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $1,718.25 | $204.58 | $1,513.67 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 02S | Secured Creditors | $2,826.73 | $0.00 | $2,826.73 |
| 4 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $157.39 | $0.00 | $157.39 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $1,785.54 | $0.00 | $1,785.54 |
| 6 | FIRST NATIONAL BANK OF PA<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $2,869.56 | $0.00 | $2,869.56 |
| 8 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $1,394.71 | $0.00 | $1,394.71 |
| 9 | BERKHEIMER TAX ADMINISTRATOR<br>»» 007 | Priority Crediors | $968.00 | $115.26 | $852.74 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 08P | Priority Crediors | $15,749.60 | $1,875.24 | $13,874.36 |
| 11 | UNITED STATES TREASURY (IRS)<br>»» 08U | Unsecured Creditors | $1,822.53 | $0.00 | $1,822.53 |
| 12 | JP MORGAN CHASE BANK NA<br>»» 009 | Unsecured Creditors | $2,087.12 | $0.00 | $2,087.12 |

**Chapter 13 Case No. 25-11966-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | MIDLAND CREDIT MANAGEMENT INC<br>»» 010 | Unsecured Creditors | $1,420.32 | $0.00 | $1,420.32 |
| 14 | AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC<br>»» 11A | Mortgage Arrears | $12,244.39 | $0.00 | $12,244.39 |
| 15 | SYNCHRONY BANK<br>»» 012 | Unsecured Creditors | $7,143.62 | $0.00 | $7,143.62 |
| 16 | QUANTUM3 GROUP LLC<br>»» 013 | Unsecured Creditors | $9,194.62 | $0.00 | $9,194.62 |
| 17 | QUANTUM3 GROUP LLC<br>»» 014 | Unsecured Creditors | $15,596.21 | $0.00 | $15,596.21 |
| 18 | NEW JERSEY TURNPIKE AUTHORITY<br>»» 016 | Unsecured Creditors | $112.70 | $0.00 | $112.70 |
| 19 | CHELTENHAM SCHOOL DISTRICT | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 20 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | CAVALRY SPV 1 LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | HOME DEPOT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | SHERWIN WILLIAMS COMPANY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | VELOCITY INVESTMENTS LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | AMERICAN NEIGHBORHOOD MORTGAGE ACCEPTANCE COMPANY, LLC<br>»» 11B | Mortgage Arrears | $10,561.89 | $0.00 | $10,561.89 |
| 0 | ALBERT J SCARAFONE JR ESQ<br>»» 4/28/26 - EMtoCD - NEEDS TO FILE FEE APP | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,651.00 | Current Monthly Payment: | $1,017.00 |
| Paid to Claims: | $8,030.08 | Arrearages: | $2,034.00 |
| Paid to Trustee: | $620.92 | Total Plan Base: | $56,450.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.