UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Evan Alexander Welsh | : | No. 25-11966 amc |
| | : | |
| | : | |
| Debtor | : | Chapter 13 |

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Debtor's Objection to Certificate of Default of American Neighborhood Mortgage Acceptance Company, LLC at docket entry 54 filed on July 20, 2026.

Dated: October 12, 2026

/s/ Albert J. Scarafone
Albert J. Scarafone
Hill, Friedland & Scarafone
Attorney for Debtor
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372